```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

        - against -               :
                                                ORDER
ERIC ERSKINE,                     :
                                                05 Cr. 1234 (DC)
               Defendant.         :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge:**

On May 26, 2020, defendant Eric Erskine filed a pro se motion for this court to reduce his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1).  Dkt. No. 223.  I originally sentenced Erskine to 262 months' imprisonment and five years of supervised release.  Dkt. No. 47.  On March 5, 2019, I granted Erskine's motion for a sentencing reduction pursuant to Section 404 of the First Step Act of 2018 and re-sentenced him to time served plus ten days and four years of supervised release.  Dkt. No. 204.  Because Erskine has now served more than one year of his term of supervised release, he is eligible for consideration of a reduction in the term of supervised release if his conduct and the interests of justice so warrant. See 18 U.S.C. § 3583(e)(1).

IT IS HEREBY ORDERED that the government shall respond to Erskine's motion by June 22, 2020. The Clerk of Court is directed to mail a copy of this order to the United States

Attorney for the Southern District of New York and to Erskine at the address listed below.

SO ORDERED.

Dated:   New York, New York
         June 1, 2020

                                    __s/Denny Chin_____
                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting by Designation

To:      Eric Erskine
         75 Meadowood Trail
         Lithonia, GA 30038