UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

      - against -              :
                                              **ORDER**

ERIC ERSKINE,                     :
                                              05 Cr. 1234 (DC)
            Defendant.           :

- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

        On May 26, 2020, defendant Eric Erskine filed a _pro se_ motion for this court to reduce his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1), Dkt. No. 223, and on June 8, 2020, the Government opposed Erksine's motion, Dkt. No. 225. On July 2, 2020, I denied the motion, but I noted that

> [a]ssuming he continues on the same positive course he has been on, I encourage Erskine to renew his application after he has completed approximately half of his four-year term [of supervised release]. In the meantime, I encourage Erskine to stay focused and to work with his Probation Officer should he find that his employment opportunities require travel outside of his area of supervision.

Dkt. No. 226 at 4.  Erkine now moves for the Court to reconsider his motion to terminate his supervised release, noting that his will have served approximately half of his term of supervision by March 15, 2021.  Dkt. No. 227.

        IT IS HEREBY ORDERED that the Government shall respond to Erskine's motion by March 3, 2021.  The Clerk of Court is directed to mail a copy of this order to the United States

Attorney for the Southern District of New York and to Erskine at the address listed below.

        SO ORDERED.

Dated:    New York, New York
             February 10, 2021

                                          s/Denny Chin
                                          DENNY CHIN
                                          United States Circuit Judge
                                          Sitting by Designation

To:       Eric Erskine
           75 Meadowood Trail
           Lithonia, GA 30038